UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INTERTRIBAL SINKYONE WILDERNESS COUNCIL, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>    Defendants.<br>_____/ | No. 1:12-cv-00420 NJV<br><br>ORDER RE SUPPLEMENTATION OF RECORD |

The Administrative Record Documents filed in this case contain, at AR Supp. Doc. F.2, a copy of the Final 2012 NWTRC Biological Opinion. Pages 225 through 237 of that document are missing from both copies of the Administrative Record Documents submitted to the court. Accordingly, Defendants SHALL, by 5:00 pm. Pacific Daylight Time, on August 19, 2013, email copies of the missing pages to NJVpo@cand.uscourts.gov.

IT IS SO ORDERED.

Dated: August 16, 2013

                                            NANDOR J. VADAS
                                            United States Magistrate Judge