UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INTERTRIBAL SINKYONE WILDERNESS COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al.*, <br><br> Defendants. | No. 1:12-cv-00420 NJV <br><br> SECOND ORDER RE SUPPLEMENTATION OF RECORD |

In their moving papers, Defendants cite AR Doc. B.6 at 32 and AR B.25 at 1326. Both of these pages are missing from both copies of the Administrative Record Documents submitted to the court. Accordingly, Defendants SHALL, by 5:00 pm. Pacific Daylight Time, on August 23, 2013, email copies of the missing pages to NJVpo@cand.uscourts.gov.

IT IS SO ORDERED.

Dated: August 22, 2013

NANDOR J. VADAS
United States Magistrate Judge