UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INTERTRIBAL SINKYONE WILDERNESS COUNCIL, *et al.*, | No. 1:12-cv-00420 NJV |
| Plaintiffs, | ORDER REQUIRING FURTHER BRIEFING |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | |
| Defendants. | |

The court HEREBY TAKES judicial notice of a recent news article regarding environmental impact statements for Naval activities in the Hawaii and Southern California Range Complexes and the Atlantic Fleet. *See* Fed. R. Evid. 201. This article, entitled "Navy: Training May Kill Hundreds of Dolphins, Whales," was written by Audrey McAvoy and may be found at http://www.huffingtonpost.com/2013/08/30/navy-dolphins-whales_n_3841924.html. The court is concerned as to whether the matters addressed in this article impact its analysis of the case before it.

Accordingly, the parties shall file letter briefs, no longer than three pages, addressing the relevance of the matters addressed in this news article to the present case no later than 4:30 pm. on September 13, 2013.

IT IS SO ORDERED.

Dated: September 9, 2013

NANDOR J. VADAS
United States Magistrate Judge