UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INTERTRIBAL SINKYONE WILDERNESS COUNCIL, *et al.*,<br><br>    Plaintiffs,<br><br>   v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>    Defendants. | No. 1:12-cv-00420 NJV<br><br>ORDER SETTING STATUS CONFERENCE RE ENFORCEMENT OF COURT ORDER |

On September 25, 2013, the court entered an order on the parties' cross motions for summary judgment in this case, granting in part and denying in part each motion. (Doc. 66.) The court granted Plaintiffs' motion as to their claims regarding the National Marine Fisheries Service's ("NMFS") compliance with the requirement under the Endangered Species Act ("ESA") that agencies base their decisions on the best scientific data available. (Doc. 66, p. 41.) The court also granted Plaintiffs' motion as to their claim regarding NMFS's compliance with the requirement under ESA that the NMFS analyze the effect of the entire agency action. *Id*.

On November 26, 2013, the court issued an order remanding this matter to the NMFS for correction of the violations of ESA found in the court's order of September 25, 2013. (Doc. 72.) The court ordered that "[t]o the extent that the corrections require issuance, re-issuance or amendment of documents under ESA, such issuance, re-issuance or amendment shall be completed no later than August 1, 2014." *Id*. The court retained jurisdiction to enforce its order and to hear any related motions. *Id.*

1  The court entered judgment on November 26, 2013.  (Doc. 73.)  Defendants filed a notice of
2  appeal on January 24, 2014.  (Doc. 74.)  On May 7, 2014, the United States Court of Appeals for the
3  Ninth Circuit issued an order granting Defendant's motion for voluntary dismissal of their appeal.
4  (Ninth Circuit case no. 14-15137, docket no. 11.)

5  Accordingly, this case is HEREBY SET for a telephonic status conference re enforcement of
6  the order of November 26, 2013, on June 3, 2014, at 1:00 pm.  The parties shall attend the status
7  conference by dialing 888-684-8852 and entering access code 1868782.

Dated: May 8, 2014

NANDOR J. VADAS
United States Magistrate Judge