UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INTERTRIBAL SINKYONE WILDERNESS COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al.*, <br><br> Defendants. | No. 1:12-cv-00420 NJV <br><br> ORDER REQUIRING JOINT LETTER BRIEF ON PENDING MOTION FOR ATTORNEY'S FEES. |

On June 5, 2014, Plaintiffs filed a motion for attorneys' fees. (Doc. 81.) On June 10, 2014, the court granted the parties' stipulation to stay briefing on the motion. (Doc. 83.) Two months have now passed and the parties have not proposed or requested a schedule for completing briefing on the motion.

Accordingly, the parties shall file a joint letter brief, explaining the current status of the issue of attorneys' fees and proposing a schedule for completing briefing on the motion and setting it for hearing before the court. The joint letter brief shall be filed no later than August 29, 2014.

IT IS SO ORDERED.

Dated: August 20, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge