UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| INTERTRIBAL SINKYONE WILDERNESS COUNCIL, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*, <br><br>　　　　Defendants.　　　　　　　／ | No. 1:12-cv-00420 NJV <br><br> ORDER  SETTING DEADLINE ON PENDING MOTION FOR ATTORNEYS' FEES |

　　On June 5, 2014, Plaintiffs filed a motion for attorneys' fees.  (Doc. 81.)  On June 10, 2014, the court granted the parties' stipulation to stay briefing on the motion.  (Doc. 83.)  Two months have passed and the parties have not proposed or requested a schedule for completing briefing on the motion.  Therefore, on August 20, 2014, the court entered an order directing the parties to  file a joint letter brief, explaining the current status of the issue of attorneys' fees and proposing a schedule for completing briefing on the motion and setting it for hearing before the court.  (Doc. 85.)  On August 25, 2014, the parties filed a joint letter brief, explaining that they are actively engaged in negotiations regarding Plaintiffs' claim for attorneys' fees and costs.  (Doc. 86.)  The parties ask the court for an additional 30 days to conclude settlement negotiations.

　　Good case appearing, the parties' request is HEREBY GRANTED.  The parties are granted until October 1, 2014, to either file a notice of settlement of attorneys' fees and costs or to file a proposed schedule for briefing Plaintiffs' motion.

IT IS SO ORDERED.

Dated: August 26, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge